**HILL, FARRER & BURRILL LLP**
James A. Bowles (Bar No. 089383)
　E-mail: jbowles@hillfarrer.com
Casey L. Morris (Bar No. 238455)
　E-mail: cmorris@hillfarrer.com
Erika A. Silverman (Bar No. 301864)
　E-mail: esilverman@hillfarrer.com
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA  90071-3147
Telephone:  (213) 620-0460
Fax:  (213) 624-4840

Attorneys for Defendants
Charter Communications Inc., and Time Warner Cable, Inc.

E-FILED-5/29/18

**NOTE CHANGES MADE BY THE COURT.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MORRIS, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHARTER COMMUNICATIONS, INC., a Delaware corporation; TIME WARNER CABLE, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO.  2:17-cv-1725-PSG (AGRx)<br><br>[~~Proposed~~] Judgment<br><br>Date:　　May 21, 2018<br>Time:　　1: 30 p.m.<br>Ct. Rm.:　6A<br>Trial:　　June 26, 2018 |

## [~~PROPOSED~~] JUDGMENT

~~The motion of Defendants Charter Communications Inc. and Time Warner Cable Inc. (collectively "Defendants") for summary judgment came on regularly for hearing before this court on May 21, 2018 at 1:30 p.m.  Casey L. Morris of Hill, Farrer & Burrill, LLP, appeared as attorneys for Defendants, and Rob Nichols of The Law Offices of Rob Nichols appeared as attorney for Plaintiff Cynthia Morris.~~

　　After consideration of the papers in support of and in opposition to

Defendants' Motion for Summary Judgment ~~and the oral argument of counsel~~, this Court orders summary judgment in favor of Defendants as follows:

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing against Defendants, that the action be dismissed on the merits against Defendants, and that Defendants recover their costs.

DATED: 5/29/18

**PHILIP S. GUTIERREZ**
Philip S. Gutierrez
United States District Judge

HFB 1896522.1 A5431084

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147